WCI-2748-18

Your request for administrative remedy has been found meritorious in part. On 11-14-18 you were scheduled with the RMD for chronic care/sick call however you were not evaluated at this time you were offsite for scheduled appointment. It is noted that you were to be rescheduled upon return. On 11-15-18 you were evaluated by the GI specialist via a tele-med visit. On 11-25-18 you were evaluated by the onsite provider for chronic care/sick call. Your UMMS neurosurgery noted was reviewed at this time. A consult was then placed for you to have a NCV study with EMG. A consult was also generated at this time for you to have the MRI of your abdomen that was recommended by the GI specialist. Both of these consults have been approved and currently you are waiting on them to be scheduled. On 12-5-18 you were evaluated by the nurse and referred to provider. You then transferred out of the institution on 12-20-18 prior to being rescheduled with the RMD. On 1-4-19 you were evaluated by the MD for chronic care. Your injuries were discussed with you at this time and Ultram was renewed for 30 days. You are also to be set up for pain management conference and are waiting to be scheduled for this. You will continue to be monitored through the sick call process.

1/18/19
Date

B. Butler
Signature

WCI-2525-18

Your request for administrative remedy has been found meritorious. You were ordered on 9-9-18 to return in two weeks for a follow up. You did not return to neurology shock trauma until 11-13-18 causing a delay in treatment and care. Medical staff is to be educated on the importance of scheduling outside follow up appointments in a timely manner. You will continue to be monitored through the sick call process.

11/26/18
Date

Butler
Signature

