IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN W. FISHBACK, | * | |
| *Plaintiff*, | * | |
| v. | * | |
| | * | Civil Action No. 1:22-cv-00833-LKG |
| STATE OF MARYLAND, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT REGARDING MEMORANDUM AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF NO. 26)**

Defendants State of Maryland, the Department of Public Safety and Correctional Services ("DPSCS"), Richard J. Graham, Jr., and Curran McKenzie, and Plaintiff John W. Fishback, by their undersigned attorneys, submit this status report as directed by the Court in response to the Court's memorandum and order granting Defendants' motion to dismiss, and state:

1. On February 14, 2023, the Court issued a Memorandum Opinion and Order dismissing counts I, II and IV of the complaint, which asserted State law claims against the Defendants, for failure to exhaust administrative remedies. (ECF No. 26 at 10.) With regard to count III, a claim under 42 U.S.C. § 1983 brought against Warden Graham, Officer McKenzie and DPSCS, the Court dismissed the count as to Defendants Graham and McKenzie, but stated that "[n]either party has addressed the claim against DPSCS in connection with the briefings of Defendants' motion to dismiss." (ECF No. 26 at 13- 14.) Therefore, the Court "[o]rdered that the parties shall file a joint status report on or

before March 16, 2023, stating their respective view on how this matter should proceed in light of this memorandum opinion and order." *Id.* at 14.

2. The Defendants' memorandum in support of their motion to dismiss addresses the claims in count III as to the DPSCS. *See* ECF No. 18-1. The memorandum states:

> To the extent Plaintiff's § 1983 claims for damages are brought against the DPSCS, they fail for the additional reason that "neither a State nor its officials acting in their official capacities are 'persons' who are subject to suit for money damages under Section 1983." *Brown v. Dep't of Pub. Safety & Corr. Servs.*, 383 F. Supp. 3d 519, 538 (D. Md. 2019) (citing *Will v. Michigan Dep't of State Police*, 491 U.S. 58, 71 (1989)). *See also Graham v. Cox*, ELH-18-221, 2019 WL 1427860, at *10 (D. Md. March 29, 2019) ("[Section] 1983 claims are not cognizable against states, state agencies, or state agents acting in their official capacities."). Plaintiffs' § 1983 claims against the DPSCS are also barred by the Eleventh Amendment to the United States Constitution. *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 98 (1984). Section 1983 does not abrogate state immunity, *see Quern v. Jordan*, 440 U.S. 332, 345 (1979) and the State of Maryland has not waived its immunity or the immunity of its units from private suits in federal court. *See* Md. Code Ann., State Gov't § 12-103(2). Nor does the defendants' removal of this case constitute a waiver of sovereign immunity from suit under § 1983. *See Stewart v. North Carolina*, 393 F.3d 484, 490 (4th Cir. 2005) (removal does not waive immunity where state has not consented to suit in its own courts for claim).

ECF No. 18-1 at 9-10 n. 1.

3. In light of this discussion of the section 1983 claims in count III as to DPSCS, it is the position of the Defendants that the issue was adequately and properly addressed in the Defendants' motion. Therefore, Defendants respectfully request that the Court grant the motion to dismiss count III as to DPSCS.

4. Plaintiff incorporates his arguments in opposition to Defendants' motion to dismiss, and agrees that the DPSCS issue is fully briefed and ripe for disposition.

Respectfully submitted,

| | |
|---|---|
| /s/ Allen E. Honick | /s/ Michael O. Doyle |
| Allen E. Honick | Michael O. Doyle |
| Bar No. 19822 | Bar No. 11291 |
| FURMAN \| HONICK LAW | Assistant Attorney General |
| 11155 Red Run Boulevard, Suite 110 | OFFICE OF THE ATTORNEY GENERAL |
| Owings Mills, Maryland 21117 | 6776 Reisterstown Road, Suite 313 |
| (410) 844-6000 – Office | Baltimore, Maryland 21215 |
| (410) 705-5651 – Facsimile | (410) 585-3460 – Office |
| allen@fhjustice.com | (410) 484-5939 – Facsimile |
| | michaelo.doyle@maryland.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |