IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN FISHBACK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-cv-00833-LKG |
| ) | |
| v. ) | Dated: May 3, 2023 |
| ) | |
| STATE OF MARYLAND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

On February 14, 2023, the Court issued a memorandum opinion and order that granted Defendants' motion to dismiss Counts I, II, and IV of the amended complaint. ECF No. 26. The Court also directed the parties to file a joint status report on or before March 16, 2023, stating their respective views on how Plaintiff's Section 1983 claim in Count III of the amended complaint against the Department of Public Safety and Correctional Services ("DPSCS") should proceed. ECF No. 26 at 13-14.

On March 16, 2023, the parties filed a joint status report stating that this Count should be dismissed for the reasons stated in the Court's February 14, 2023, memorandum opinion and order, and noting that, "to the extent Plaintiff's § 1983 claims for damages are brought against the DPSCS, they fail because neither a State nor its officials acting in their capacities are 'persons' who are subject to suit for money damages under Section 1983." ECF No. 18-1 at 9-10 n. 1.

In light of the foregoing, and for the reasons stated in the Court's February 14, 2023, memorandum opinion and order, the Court:

(1) **GRANTS** Defendants' motion to dismiss as to Count III of the amended complaint with regards to the DPSCS; and

(2) **DISMISSES** this matter.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
